IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00300-REB-MEH

RONNIE C. SEE,

    Plaintiff,

v.

IMAGE PROJECTIONS WEST, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 23, 2010.**

    The Joint Motion for Stipulated Protective Order [filed April 22, 2010; docket #6] is **granted**. The Stipulated Protective Order is issued and filed contemporaneously with this minute order.