IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00300-REB-MEH

RONNIE C. SEE,

    Plaintiff,

v.

IMAGE PROJECTIONS WEST, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 26, 2010.**

    The Joint Motion to Modify Scheduling Order [filed August 25, 2010; docket #17] is **denied** for failure to show good cause. The parties state that an extension of deadlines is necessary due to "heavy case loads, summer schedules and other scheduling difficulties." However, in his practice standards for civil cases, Judge Blackburn asserts that "[m]otions for extension of time are strongly discouraged" and "[t]he following do not constitute good cause: agreement by counsel, inconvenience to counsel or the parties; press of business; conflicts in scheduling ... ; or practice as a sole practitioner." REB Practice Standards, Civil Actions, II.G.

    Moreover, the parties' suggested modified deadlines do not take into consideration the dates scheduled for the Final Pretrial Conference, Trial Preparation Conference and Trial in this case. Judge Blackburn requires a two-month period between the dispositive motions deadline and the pretrial conference.