**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-CV-00300-REB-MEH

RONNIE C. SEE,

     Plaintiff,

v.

IMAGE PROJECTIONS WEST, INC., a Colorado corporation,

     Defendant.

---

### ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter before me is the **Confidential Joint Stipulation of Dismissal** [#21] filed September 23, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Confidential Joint Stipulation of Dismissal** [#21] filed September 23, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for January 28, 2011, is **VACATED**;

3. That the jury trial set to commence February 14, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 23, 2010, at Denver, Colorado.

**BY THE COURT:**

_Rob Blackburn_

Robert E. Blackburn
United States District Judge